E-FILED 10/30/15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL NICHOLS, MINDY NICHOLS, and GEORGIA NICHOLS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF PALM SPRINGS, RAE FERNANDEZ, GUILLERMO "GIL" FERNANDEZ, MATT BEARD, and DOES 1-50,<br><br>    Defendants. | CASE NO: EDCV14-01553 PSG (ASx)<br><br>BEFORE THE HONORABLE PHILIP S. GUTIERREZ<br>COURTROOM 880<br><br>[~~PROPOSED~~] JUDGMENT |

    On October 6, 2014, this Court granted the motion to dismiss filed by Defendants CITY OF PALM SPRINGS, dismissing the claim alleged against it with leave to amend, specifically stating that if Plaintiffs MICHAEL NICHOLS, MINDY NICHOLS, and GEORGIA NICHOLS did not timely amend the dismissal would be with prejudice. Plaintiffs did not amend their complaint such that the claim for which leave to amend was given was deemed dismissed.

    On October 21, 2015, this Court granted the motion for summary judgment brought by Defendants GUILLERMO FERNANDEZ, MATT BEARD and RAE FERNANDEZ, as employees of CITY OF PALM SPRINGS, a public entity, in its entirety.

1   All claims having been adjudicated in favor of Defendants,

2   NOW, THEREFORE,

3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs MICHAEL NICHOLS, MINDY NICHOLS, and GEORGIA NICHOLS shall take nothing by way of their complaint against Defendants CITY OF PALM SPRINGS, GUILLERMO FERNANDEZ, MATT BEARD and RAE FERNANDEZ. Said Defendants shall recover from Plaintiffs their costs of suit incurred in this proceeding.

DATED: 10/30/15

**PHILIP S. GUTIERREZ**
_____
HONORABLE PHILIP S. GUTIERREZ
JUDGE OF THE UNITED STATES
DISTRICT COURT

1120694.1

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ORANGE

I am over the age of 18 and not a party to the within action; I am employed by WOODRUFF, SPRADLIN & SMART in the County of Orange at 555 Anton Boulevard, Suite 1200, Costa Mesa, CA 92626-7670.

On October 23, 2015, I served the foregoing document(s) described as **[PROPOSED] JUDGMENT**

☐ by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list;

☐ **(BY MAIL)** I placed said envelope(s) for collection and mailing, following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for deposit in the United States Postal Service. I am readily familiar with the practice of WOODRUFF, SPRADLIN & SMART for collection and processing correspondence for mailing with the United States Postal Service, and said envelope(s) will be deposited with the United States Postal Service on said date in the ordinary course of business.

☒ **(BY ELECTRONIC SERVICE)** by causing the foregoing document(s) to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document(s) on the individual(s) listed on the attached mailing list.

☐ **(BY OVERNIGHT DELIVERY)** I placed said documents in envelope(s) for collection following ordinary business practices, at the business offices of WOODRUFF, SPRADLIN & SMART, and addressed as shown on the attached service list, for collection and delivery to a courier authorized by _____ to receive said documents, with delivery fees provided for. I am readily familiar with the practices of WOODRUFF, SPRADLIN & SMART for collection and processing of documents for overnight delivery, and said envelope(s) will be deposited for receipt by _____ on said date in the ordinary course of business.

☐ **(BY FACSIMILE)** I caused the above-referenced document to be transmitted to the interested parties via facsimile transmission to the fax number(s) as stated on the attached service list.

☐ **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the offices of the addressee(s).

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on October 23, 2015, at Costa Mesa, California.

                                            s/ Laura F. Perez
                                            LAURA F. PEREZ

1120694.1

**MICHAEL NICHOLS, et al. v. CITY OF PALM SPRINGS, et al.**

**ASSIGNED FOR ALL PURPOSES TO
HONORABLE PHILIP S. GUTIERREZ
REFERRED TO MAGISTRATE JUDGE ALKA SAGAR**

**USDC, CENTRAL DISTRICT OF CALIFORNIA
CASE NO: EDCV14-01553 PSG (ASx)**

**SERVICE LIST**

| | |
|---|---|
| Mark John Geragos<br>Benjamin Jared Meiselas<br>GERAGOS AND GERAGOS, APC<br>Historic Engine Co. No. 28<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 625-3900<br>Facsimile: (213) 232-3255<br>Email: mark@geragos.com<br>Email: meislas@geragos.com | Attorneys for Plaintiffs<br>**MICHAEL NICHOLS, MINDY NICHOLS, and GEORGIA NICHOLS** |

8/6/15

4

1120694.1